# UNITED STATES DISTRICT COURT
for the

Western District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br><br>Jerrell Huddleston<br>Kalaurie Elhady<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)<br>)       Magistrate No. 20-1717<br>)<br>)<br>) |

## CRIMINAL COMPLAINT
### BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  July 4, 2020  in the county of  Lawrence  in the Western District of Pennsylvania, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1040(a)(2) and 2 | Fraud in Connection with Major Disaster or Emergency Benefits |
| 18 U.S.C. § 371 | Conspiracy to Commit Fraud in Connection with Major Disaster or Emergency Benefits |

This criminal complaint is based on these facts:

Please see attached Affidavit in Support of Criminal Complaint.

☑ Continued on the attached sheet.

/s/ Gregg Frankhouser
*Complainant's signature*

GREGG FRANKHOUSER
*Printed name and title*

Sworn and subscribed before me, by telephone pursuant to Fed. R. Crim. P. 4.1(b)(2)(A).

Date: 08/21/2020

*Judge's signature*

City and state:  Pittsburgh, Pennsylvania

Cynthia Reed Eddy, Chief US Magistrate Judge
*Printed name and title*